Matthew A. Rosenthal (SBN 279334)
matt@westgatelaw.com
Westgate Law
16444 Paramount Blvd, Suite 205
Paramount, CA 90273
Tel: (818) 200-1497
Fax: (818) 574-6022
Attorneys for Plaintiff,
JUAN VEGA HERNANDEZ

**IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION**

| | | |
|---|---|---|
| JUAN VEGA HERNANDEZ | ) | **Case No.: 2:19-cv-784-JPR** |
| | ) | |
| | ) | **NOTICE OF SETTLEMENT** |
| Plaintiff. | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | |
| CAPITAL ONE BANK (U.S.A.), N.A. | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

NOW COMES Plaintiff, JUAN VEGA HERNANDEZ, through attorneys, WESTGATE LAW, and hereby notifies this Court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next sixty (60) days.

Plaintiff therefore respectfully requests this Honorable Court vacate all dates currently scheduled for the present matter.

Date: March 20, 2019                    RESPECTFULLY SUBMITTED,

By:/s/ Matthew A. Rosenthal
Matthew A. Rosenthal
Attorney for Plaintiff,
JUAN VEGA HERNANDEZ

## CERTIFICATE OF SERVICE

I hereby certify that on March 20, 2019, I filed the forgoing document with the Clerk of the Court using the CM/ECF System. Notice of said filing was served via e-mail transmission to the following:

Marcos D. Sasso (SBN 228905)
sassom@ballardspahr.com
Ballard Spahr LLP
2029 Century Park East, Suite 800
Los Angeles, CA 90067-2909
Telephone: 424.204.4400
Facsimile: 424.204.4350
Attorneys for Defendant,
CAPITAL ONE BANK (U.S.A.), N.A

By:/s/ Matthew A. Rosenthal
Matthew A. Rosenthal