Matthew A. Rosenthal (SBN 279334)
matt@westgatelaw.com
Westgate Law
16444 Paramount Blvd., Suite 205
Paramount, CA 90723
Tel: (818) 200-1497
Fax: (818) 574-6022
Attorneys for Plaintiff,
JUAN VEGA HERNANDEZ

**IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION**

| | |
|---|---|
| JUAN VEGA HERNANDEZ,<br><br>Plaintiff;<br><br>v.<br><br>CAPITAL ONE BANK (U.S.A.), N.A.<br><br>Defendant. | Case No.: 2:19-cv-784-CAS (GJSx)<br><br>**VOLUNTARY DISMISSAL OF A CASE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** |

**PLEASE TAKE NOTICE** that Plaintiff, JUAN VEGA HERNANDEZ, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), gives notice that he voluntarily dismisses all claims in this action as to himself in his individual capacity *with prejudice*. Defendant Capital One Bank (U.S.A.), N.A. has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, this matter may be dismissed with prejudice without an Order of the Court.

RESPECTFULLY SUBMITTED,

DATED: March 27, 2019      WESTGATE LAW

By: /s/ Matthew A. Rosenthal
Matthew A. Rosenthal
Attorney for Plaintiff,
JUAN VEGA HERNANDEZ

## CERTIFICATE OF SERVICE

I hereby certify that on March 27, 2019, I filed the forgoing document with the Clerk of the Court using the CM/ECF System. Notice of said filing was served via e-mail transmission to the following:

> Marcos D. Sasso (SBN 228905)
> sassom@ballardspahr.com
> Ballard Spahr LLP
> 2029 Century Park East, Suite 800
> Los Angeles, CA 90067-2909
> Telephone: 424.204.4400
> Facsimile: 424.204.4350
> Attorneys for Defendant,
> CAPITAL ONE BANK (U.S.A.), N.A

By: /s/ Matthew A. Rosenthal
Matthew A. Rosenthal